UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JAMES LARWOOD and SUSAN LARWOOD, husband and wife,<br><br>    Plaintiffs,<br><br>    v.<br><br>EAST/WEST MOTOR FREIGHT, INC., a Tennessee corporation; STEPHEN RAY FULLER and JANE DOE FULLER, husband and wife; CAROLINA CASUALTY INSURANCE COMPANY, a Florida corporation; JOHN and JANE DOES 1-V; ABC CORPORATIONS I-V; WHITE PARTNERSHIPS I-V; and BLACK LIMITED LIABILITY COMPANIES I-V,<br><br>    Defendants. | NO. CIV. S 05-1455 MCE PAN<br><br>ORDER |

----oo0oo----

    This is an action for personal injuries sustained by Plaintiffs as a result of a motor vehicle accident that occurred on or about October 27, 2003 in the County of San Joaquin, California.  Plaintiffs allege that their injuries were occasioned by the negligence of Defendant Stephen Ray Fuller, a

1

1  Tennessee resident, who was driving a truck at the time of the
2  accident for and on behalf of a Tennessee corporation, Defendant
3  East/West Motor Freight, Inc.  Plaintiff initially filed their
4  action in the United States District Court in and for the
5  District of Arizona on diversity of citizenship grounds pursuant
6  to 28 U.S.C. § 1332(a).  Defendants subsequently filed a Motion
7  to Dismiss alleging improper venue and the action was transferred
8  to this Court by Order of the Arizona District Court dated July
9  6, 2005.
10    Defendants now move to dismiss certain portions of
11 Plaintiffs' complaint for failure to state a claim upon which
12 relief can be granted under Federal Rule of Civil Procedure
13 12(b)(6).  Specifically, Defendants contend 1) that Plaintiffs
14 cannot state a claim against Defendants "Stephen Ray Fuller and
15 Jane Doe Fuller, husband and wife" under a marital community
16 theory; 2) that any claim against Jane Doe Fuller is defective in
17 any event; and 3) that Plaintiffs have not pled a cognizable
18 claim against Defendant Carolina Casualty Company under the facts
19 as presently alleged in their complaint.
20    Plaintiffs have failed to respond in any fashion to
21 Plaintiffs' motion, despite the provisions of Local Rule 78-
22 230(c), which requires that either opposition, or a statement of
23 non-opposition, be submitted not less that fourteen (14) days
24 preceding the hearing date.  Given Plaintiffs' failure to oppose
25 the motion, and good cause appearing therefor, Defendants' Motion
26 to Dismiss is granted, without prejudice.  Any claim presently
27 asserted against Defendant Carolina Casualty Insurance Company is
28 hereby dismissed, as are any claims asserted against Jane Doe

Fuller or against Stephen Ray Fuller and Jane Doe Fuller, as husband and wife.  Plaintiffs may file an amended complaint not later than ten (10) days following the date of this Order should they choose to do so.

In the event Plaintiffs fail to file an amended complaint or otherwise object to this Order within said ten (10) day period, the dismissal provided for herein shall convert to "with prejudice" without any further order of this court.

IT IS SO ORDERED.

DATED: September 9, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE