|   |   |
|---|---|
| 1 | Charles D. Onofry - 012837 |
|   | **SCHNEIDER & ONOFRY, P.C.** |
| 2 | 3101 North Central Avenue |
|   | Suite 600 |
| 3 | Phoenix, Arizona 85012-2658 |
|   | Telephone: (602) 200-1280 |
| 4 | Fax: (602) 230-8985 |
|   | E-Mail: conofry@lsazlaw.com |
| 5 |   |
| 6 | Attorneys for Defendants, East/West Motor Freight, Inc.; Stephen Ray Fuller and Jane Doe Fuller; and Carolina Casualty Insurance Company |

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| JAMES LARWOOD and SUSAN LARWOOD, husband and wife, | ) CASE NO. 2:05-CV-01455-MCE-PAN |
|---|---|
| Plaintiff(s), | ) |
| v. | ) **STIPULATION RE: SUBSTITUTION** |
| EAST/WEST MOTOR FREIGHT, INC., a Tennessee corporation; STEPHEN RAY FULLER and JANE DOE FULLER, husband and wife; CAROLINA CASUALTY INSURANCE COMPANY, a Florida corporation; JOHN and JANE DOES I-V; ABC CORPORATIONS I-V; WHITE PARTNERSHIPS I-V; and BLACK LIMITED LIABILITY COMPANIES I-V | ) **OF COUNSEL** |
| Defendant(s). | ) |

Undersigned counsel hereby stipulate and agree that the law firm of Tharpe & Howell, by Leslie S. Guillon, with offices located at 400 Capitol Mall, Ste. 900, Sacramento, California 95814, be substituted in as and for counsel for East/West Motor Freight, Inc., Stephen R. Fuller and Jane Doe Fuller, and Carolina Casualty Insurance Company, in their capacities as Defendants on the claim asserted by Plaintiffs James

1  Larwood and Susan Larwood in place and instead of the law firm of Schneider & Onofry, PC.

2  Dated this _____ day of August.

3  THARPE & HOWELL

5  By_____
   Leslie S. Guillon
6  400 Capitol Mall, Ste. 900
   Sacramento, California 95814

8  SCHNEIDER & ONOFRY, P.C.

10  By:_____
    Charles D. Onofry
11  3101 North Central Avenue, Suite 600
    Phoenix, Arizona  85012-2658

13  **<u>CLIENT CONSENT</u>**

14  I, Steve Carroll, Safety Director of East West Motor Freight, Inc., a Tennessee corporation, hereby acknowledge and consent to the substitution of the law firm of Tharpe & Howell through Leslie S. Guillon as counsel of record for East West Motor Freight, Inc., in its capacity as Defendant on the Plaintiffs' claim, replacing the law firm of Schneider & Onofry, PC.

19  EAST WEST MOTOR FREIGHT, INC.

21  By:_____
    Steve Carroll
22  Its Safety Director

1  Larwood and Susan Larwood in place and instead of the law firm of Schneider & Onofry, PC.

2  Dated this _____ day of August.

3  THARPE & HOWELL

4

5  By_____
   Leslie S. Guillon
6  400 Capitol Mall, Ste. 900
   Sacramento, California 95814
7

8  SCHNEIDER & ONOFRY, P.C.

9

10  By:_____
    Charles D. Onofry
11  3101 North Central Avenue, Suite 600
    Phoenix, Arizona  85012-2658
12

13  **CLIENT CONSENT**

14  I, Stephen Ray Fuller, hereby acknowledge and consent to the substitution of the

15  law firm of Tharpe & Howell through Leslie S. Guillon as counsel of record for East West Motor

16  Freight, Inc., in its capacity as Defendant on the Plaintiffs' claim, replacing the law firm of

17  Schneider & Onofry, PC.

18

19

20  By:_____
    Stephen Ray Fuller
21

22

23

24

25

26

27

28

Larwood and Susan Larwood in place and instead of the law firm of Schneider & Onofry, PC.

Dated this _____ day of August.

THARPE & HOWELL


By_____
      Leslie S. Guillon
      400 Capitol Mall, Ste. 900
      Sacramento, California 95814


SCHNEIDER & ONOFRY, P.C.


By:_____
      Charles D. Onofry
      3101 North Central Avenue, Suite 600
      Phoenix, Arizona  85012-2658

**CLIENT CONSENT**

I, Ken Heindel, Claims Supervisor, of Carolina Casualty Insurance Company, a Florida corporation, hereby acknowledge and consent to the substitution of the law firm of Tharpe & Howell through Leslie S. Guillon as counsel of record for Carolina Casualty Insurance Company, in its capacity as Defendant on the Plaintiffs' claim, replacing the law firm of Schneider & Onofry, PC.

CAROLINA CASUALTY INSURANCE COMPANY


By:_____
      Ken Heindel
      Its Claims Supervisor

Larwood and Susan Larwood in place and instead of the law firm of Schneider & Onofry, PC.

Dated this _____ day of August.

THARPE & HOWELL


By_____
    Leslie S. Guillon
    400 Capitol Mall, Ste. 900
    Sacramento, California 95814


SCHNEIDER & ONOFRY, P.C.


By:_____
    Charles D. Onofry
    3101 North Central Avenue, Suite 600
    Phoenix, Arizona  85012-2658

**CLIENT CONSENT**

I, Stephen Ray Fuller, hereby acknowledge and consent to the substitution of the law firm of Tharpe & Howell through Leslie S. Guillon as counsel of record for Stephen Ray Fuller, in my capacity as Defendant on the Plaintiffs' claim, replacing the law firm of Schneider & Onofry, PC.


By:_____
    Stephen Ray Fuller
    Its Safety Director


IT IS SO ORDERED:

Dated: November 8, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**
**[1013A (3) C.C.P.]**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 15250 Ventura Boulevard, 9th Floor, Sherman Oaks, California 91403-3221.

On **October 28, 2005,** I served the foregoing document described as **STIPULATION RE: SUBSTITUTION OF COUNSEL** on the interested parties in this action by placing a true original/copy thereof enclosed in sealed envelope addressed as follows:

SEE ATTACHED MAILING LIST

☒ (BY MAIL) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sherman Oaks, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

❏ (BY PERSONAL DELIVERY) I caused such envelope to be delivered by hand to a representative of the addressee.

❏ (BY FACSIMILE) I served the foregoing document described above on all interested parties in this action by sending the document via facsimile pursuant to Rule 2005. The parties' fax numbers that I used is listed above.

❏ (BY OVERNIGHT MAIL) I caused an envelope to be hand-delivered to a representative of Federal Express at Sherman Oaks, California; whereupon said envelope is to be delivered by hand to a representative of the addressee on the next business day.

Executed on **October 28 , 2005,** at Sherman Oaks, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                /s/ MARIE DAVIS
                                                MARIE DAVIS
                                                (Original signature retained by attorney,
                                                LESLIE S. GUILLON)

C:\iFolder\mengland\Home\TO DOCKET CIVIL\05cv1455.o.1108.wpd

LARWOOD, et al vs. EAST/WEST MOTOR FREIGHT, INC., et al.
CASE NO. 2:05-CV-01455-MCE-PAN

**MAILING LIST**

| | |
|---|---|
| Rory L. Whipple, Esq.<br>WHIPPLE LAW FIRM, PLC<br>10438 East Calypso Avenue<br>Post Office Box 50998<br>Mesa, AZ 85208<br>(602) 212-0080 | Attorneys for Plaintiffs |
| Charles D. Onofry, Esq.<br>SCHNEIDER & ONOFRY, P.C.<br>3101 North Central Avenue, Suite 600<br>Phoenix, Arizona 85012-2658<br>(602) 200-1280; (601) 230-8985- Fax<br>E-mail: conofry@lsazlaw.com | Attorneys for Defendants, EAST/WEST MOTOR FREIGHT, INC.,<br>a Tennessee corporation, STEPHEN RAY FULLER, JANE DOE FULLER,<br>husband and wife, and CAROLINA CASUALTY INSURANCE COMPANY |

C:\iFolder\mengland\Home\TO DOCKET CIVIL\05cv1455.o.1108.wpd