UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES LARWOOD and SUSAN LARWOOD,

        Plaintiffs,

   v.

EAST/WEST MOTOR FREIGHT, INC. and STEPHEN RAY FULLER,

        Defendants.
_____/

No. 2:05-cv-01455-MCE-EFB

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of the attorneys for plaintiffs and defendants, the Court determined that this case settled as of February 1, 2008.

Plaintiff's counsel is granted an extension of time to file dispositional documents on or before March 7, 2008.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

Dated: March 3, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE